```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                       Case No. 16-02740-HWV
Justin Wayne Stump                                           Chapter 13
Shawna Nacole Stump
        Debtors                **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: TWilson          Page 1 of 1           Date Rcvd: Aug 09, 2018
                               Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
4853448        +Stearns Lending, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Stearns Lending, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Stearns Lending, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 2 Shawna Nacole Stump ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor 1 Justin Wayne Stump ephillips@larrywwolf.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-02740-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Justin Wayne Stump
611 Maple Avenue
Hanover PA 17331

Shawna Nacole Stump
611 Maple Avenue
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/09/2018.

Name and Address of Alleged Transferor(s):

Claim No. 22: Stearns Lending, LLC, 3637 Sentara Way, Virginia Beach, VA 23452

Name and Address of Transferee:

Freedom Mortgage Corporation
10500 Kincaid Blvd.
Fishers, IN 46037
Freedom Mortgage Corporation
10500 Kincaid Blvd.
Fishers, IN 46037

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/11/18

Terrence S. Miller
**CLERK OF THE COURT**