UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   Shawna N. Stump

CASE NO. 1-16-02740   HWV

Debtor

CHAPTER 13

DEBTOR'S CERTIFICATION REGARDING DOMESTIC SUPPORT
OBLIGATION AND SECTION 522(Q)

If a joint petition is filed, each spouse must complete and file a separate certification

Part 1.  Certification regarding Domestic Support Obligation ( check no more than one)

   Pursuant to 11 U. S.C. Section 1328 (a), I certify that:

   _**X**__   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required o pay and such obligations since then.

   ____   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

Part I1.  If you checked the second box you must provide the information below.

   My current address is _____.
   My current employer and my employer's address : _____
   _____

Part III.  Certification Regarding Section 522(q) ( check no more than one)

   Pursuant to 11 U. S.C. Section 1328 (a), I certify that:

   _X__   I have not claimed an exemption pursuant to 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot as specified in 522(p)(1), and (2) that exceeds $ 13,875. in value in the aggregate.

   ____   I have claimed an exemption pursuant to 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or

acquired as a burial plot as specified in 522(p)(1), and (2) that exceeds $ 13,875. in value in the aggregate.

The undersigned hereby certifies that the foregoing statements are true and correct. Je

DATED: ____August 20, 2021____                    BY: /s__Shawna N. Stump_____
                                                        Signature of Debtor