United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 16-02740-HWV

Justin Wayne Stump                                                 Chapter 13

Shawna Nacole Stump

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 4

Date Rcvd: Aug 23, 2021                       Form ID: 3180W                           Total Noticed: 51

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin Wayne Stump, Shawna Nacole Stump, 611 Maple Avenue, Hanover, PA 17331-4625 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 4806600 | + | AES/Chase, P O Box 61047, Harrisburg, PA 17106-1047 |
| 4806601 | + | AES/PHEAA, P O Box 61047, Harrisburg, PA 17106-1047 |
| 4806603 | + | American Express Centurion Bank, P O Box 2163, Southeastern, PA 19399-2163 |
| 4806611 | + | FNB Omaha, P O Box 3412, Omaha, NE 68197-0001 |
| 4806610 | + | Federal Loan Servicing, P O Box 60610, Harrisburg, PA 17106-0610 |
| 5094362 | + | Freedom Mortgage Corporation, 10500 Kincaid Blvd., Fishers, IN 46037-9764 |
| 5094363 | + | Freedom Mortgage Corporation, 10500 Kincaid Blvd., Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Blvd. Fishers, IN 46037-9764 |
| 4806614 | + | LoanCare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 4857624 | + | LoanCare, a Division of FNF Servicing, Inc. N.K.A., 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 4812301 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4806615 | + | Shippensburg University, 181 Montour Run Road, Coraopolis, PA 15108-9408 |
| 4853448 | + | Stearns Lending, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 4806616 | | Sterns Lending, LLC, P O Box 37628, Philadelphia, PA 19101-0628 |
| 4832340 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFNNB.COM | Aug 23 2021 22:53:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| cr | | EDI: ECMC.COM | Aug 23 2021 22:53:00 | Educational Credit Management Corporation (ECMC), P.O. Box 16408, St. Paul, MN 55116-0408 |
| 4806602 | + | EDI: AMEREXPR.COM | Aug 23 2021 22:53:00 | American Express, P O Box 981537, El Paso, TX 79998-1537 |
| 4824339 | | EDI: BECKLEE.COM | Aug 23 2021 22:53:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4806604 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2021 19:01:17 | CACH, LLC, P O Box 10587, Greenville, SC 29603-0587 |
| 4834956 | + | EDI: WFNNB.COM | Aug 23 2021 22:53:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4812045 | | EDI: CAPITALONE.COM | Aug 23 2021 22:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4806605 | + | EDI: CAPITALONE.COM | Aug 23 2021 22:53:00 | Capital One Bank USA NA, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 4839619 | | EDI: BL-BECKET.COM | | |

| Recipient | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Aug 23 2021 22:53:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4806607 | + EDI: CITICORP.COM | Aug 23 2021 22:53:00 | Citicards CBNA, 701 E. 60th Street, North, Sioux Falls, SD 57104-0432 |
| 4806608 | EDI: WFNNB.COM | Aug 23 2021 22:53:00 | Comenity Bank/Woman Within, P O Box 182789, Columbus, OH 43218-2789 |
| 4806609 | EDI: DISCOVER.COM | Aug 23 2021 22:53:00 | Discover Financial Service LLC, P O Box 15316, Wilmington, DE 19850-5316 |
| 4808279 | EDI: DISCOVER.COM | Aug 23 2021 22:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4916827 | EDI: ECMC.COM | Aug 23 2021 22:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 4916828 | EDI: ECMC.COM | Aug 23 2021 22:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 4848450 | EDI: JEFFERSONCAP.COM | Aug 23 2021 22:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4806612 | EDI: JEFFERSONCAP.COM | Aug 23 2021 22:53:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 4806606 | EDI: JPMORGANCHASE | Aug 23 2021 22:53:00 | Chase/Bank One Card Service, P O Box 15298, Wilmington, DE 19850 |
| 4806613 | Email/Text: PBNCNotifications@peritusservices.com | Aug 23 2021 18:49:00 | Kohl's, P O Box 3115, Milwaukee, WI 53201-3115 |
| 4824889 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2021 19:01:26 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4840657 | + EDI: MID8.COM | Aug 23 2021 22:53:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 4833540 | + EDI: CBS7AVE | Aug 23 2021 22:53:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 4849297 | EDI: PRA.COM | Aug 23 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4839002 | EDI: Q3G.COM | Aug 23 2021 22:53:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4806617 | EDI: RMSC.COM | Aug 23 2021 22:53:00 | SYNCB/Care Credit, P O Box 965036, Orlando, FL 32896-5036 |
| 4806618 | EDI: RMSC.COM | Aug 23 2021 22:53:00 | SYNCB/JC Penney, P O Box 965007, Orlando, FL 32896-5007 |
| 4806619 | + EDI: RMSC.COM | Aug 23 2021 22:53:00 | SYNCB/Lowes, P O Box 965005, Orlando, FL 32896-5005 |
| 4806620 | EDI: RMSC.COM | Aug 23 2021 22:53:00 | SYNCB/Walmart, P O Box 965024, Orlando, FL 32896-5024 |
| 5156463 | + Email/Text: bncmail@w-legal.com | Aug 23 2021 18:49:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S. 98121-3132 |
| 5156462 | + Email/Text: bncmail@w-legal.com | Aug 23 2021 18:49:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121-3132 |
| 4834954 | + Email/Text: bncmail@w-legal.com | Aug 23 2021 18:49:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

| | | | |
|---|---|---|---|
| | | | 400, SEATTLE, WA 98121-3132 |
| 4806621 | + EDI: WTRRNBANK.COM | Aug 23 2021 22:53:00 | TD Bank USA/Target Credit, P O Box 673, Minneapolis, MN 55440-0673 |
| 4806623 | + EDI: WFFC.COM | Aug 23 2021 22:53:00 | WFFNB/Preferred Customer, P O Box 14517, Des Moines, IA 50306-3517 |
| 4806622 | + EDI: BLUESTEM | Aug 23 2021 22:53:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4824910 | EDI: WFFC.COM | Aug 23 2021 22:53:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 4836942 | * | CACH, LLC, PO BOX 10587, Greenville, SC 29603-0587 |
| 4916829 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 4916830 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2021      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Stearns Lending  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Larry W. Wolf | on behalf of Debtor 2 Shawna Nacole Stump kcrider@larrywwolf.com  kcrider@larrywwolf.com |
| Larry W. Wolf | on behalf of Debtor 1 Justin Wayne Stump kcrider@larrywwolf.com  kcrider@larrywwolf.com |
| Lauren Marie Moyer | on behalf of Creditor Stearns Lending  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Mario John Hanyon | |

District/off: 0314-1

Date Rcvd: Aug 23, 2021

User: AutoDocke

Form ID: 3180W

Page 4 of 4

Total Noticed: 51

on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com mario.hanyon@brockandscott.com

Rebecca Ann Solarz

on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

Thomas Song

on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Justin Wayne Stump** | Social Security number or ITIN    xxx–xx–3385 |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 | **Shawna Nacole Stump** | Social Security number or ITIN    xxx–xx–7366 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    1:16–bk–02740–HWV

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Justin Wayne Stump

Shawna Nacole Stump
fka Shawna Neiman

**By the court:**

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

8/23/21

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 1:16-bk-02740-HWV    Doc 51    Filed 08/25/21    Entered 08/26/21 00:24:57    Desc
Imaged Certificate of Notice    Page 7 of 7