United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 16-02740-HWV
Justin Wayne Stump  Chapter 13
Shawna Nacole Stump
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 21, 2021     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Justin Wayne Stump, Shawna Nacole Stump, 611 Maple Avenue, Hanover, PA 17331-4625 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Larry W. Wolf | on behalf of Debtor 1 Justin Wayne Stump kcrider@larrywwolf.com kcrider@larrywwolf.com |
| Larry W. Wolf | on behalf of Debtor 2 Shawna Nacole Stump kcrider@larrywwolf.com kcrider@larrywwolf.com |
| Lauren Marie Moyer | |

        on behalf of Creditor Stearns Lending  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Mario John Hanyon
        on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com mario.hanyon@brockandscott.com

Rebecca Ann Solarz
        on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

Thomas Song
        on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov


TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Justin Wayne Stump, | Chapter 13 |
| **Debtor 1** | |
| Shawna Nacole Stump, fka Shawna Neiman, | Case No. 1:16−bk−02740−HWV |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−3385    xxx−xx−7366

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 21, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (10/20)